UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. SI4:05CR280ERW(MLM) |
| | ) | |
| PAUL KINNEY, ET AL, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

At the Waiver Hearing scheduled on **Thursday, September 15, 2005**, the following defendants and their attorneys shall appear:

| | |
|---|---|
| Carolyn Mayberry | Jeff Goldfarb |
| John Radford, Jr. | Shawn Goulet |
| Anna Fouste | Doug Pribble |

Any defendant who has previously filed Motions to Suppress and wishes to withdraw such Motions shall appear with counsel.

/s/Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this  13th   day of  September, 2005.